**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01304-CV

**PARKWAY INWOOD, L.P., Appellant**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

We **GRANT** the parties' June 5, 2015 joint third motion for an extension of time to file appellee's brief. Appellee shall file a brief by **JUNE 29, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE